RECEIVED
IN MONROE, LA
AUG 2 0 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LESLIE ALEXANDER | * | CIVIL ACTION NO. 07-1608 |
| VERSUS | * | JUDGE JAMES |
| NEWELLTON ELEMENTARY SCHOOL, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to dismiss pursuant to Rule 12(b)(1) & (6) [doc. # 12] filed by defendants, Tensas Parish School Board, Mary E. Johnson, and Shederick Moses be, and it is hereby **DENIED-IN-PART** insofar as it seeks to dismiss the case for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the motion to dismiss pursuant to Rule 12(b)(1) & (6) [doc. # 12] filed by defendants, Tensas Parish School Board, Mary E. Johnson, Shederick Moses, and in effect, by Newellton Elementary School be, and it is hereby **GRANTED IN PART**, and that plaintiff's claims arising under the laws and Constitution of the United States are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff's remaining claims arising under the laws of the State of Louisiana are hereby **DISMISSED, without prejudice.**

THUS DONE AND SIGNED this 20 day of August, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE